5:24CV-45-JHM

Heather Stewart vs McCracken County Jail

I was Denied Medical Care on 2/27/24 On Feb 28, 2024 I had a Stroke as a result of Being Told twice I couldn't get Medical Treatment By McCracken County Jail Medical Staff And Tyler A C.O. 1 of McCracken County.

On or Around March 1 Captain Darryl Carr of McCracken County Jail, we spoke I told him of his Staff refusing me Medical Care and the unable to provide medical care do to it was unavailable to me as a inmate and the incompatence of some of his staff. I unstand I have a on going heart condition (congestive heart Failure) Also I had a pace/difibulator As Well. I have Been put on the floor denied Medical Care and do as a Result I Belive I had a Stroke If Not 2. I as a heart paitent Can and will prove this Because of my pace/defib. Can Be read And evidence can be obtained As of March 7 2024 Sueing McCracken County For 1.5 million



Chad Mitchell
McCracken Co. Jail
400 Clarence Gaines
Paducah KY. 42003

Federal Courthouse
501 Broadway Suite 127
Paducah KY. 42001